**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ALL YEAR HOLDINGS LIMITED,<br><br>  Debtor.[1]<br><br>Fed Tax Id. No. 98-1220822 | Chapter 11<br><br>Case No. 21-12051 (MG) |
| ZELIG WEISS,<br><br>  Plaintiff,<br><br>  v.<br><br>ALL YEAR HOLDINGS LIMITED, WYTHE BERRY MEMBER LLC, and YG WV LLC,<br><br>  Defendants. | Adv. Proc. No. 22-1115 (MG) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT TO FED. R. BANKR. P. 7007.1 AND L.B.R. 7007.1-1**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 7007.1-1 of the Local Bankruptcy Rules of the Southern District of New York, Defendants YG WV LLC ("**YG WV**") and Wythe Berry Member LLC ("**Member LLC**"), by and through their undersigned counsel, hereby state as follows:

1. YG WV LLC is a wholly-owned subsidiary of All Year Holdings Limited.[2]

2. YG WV LLC owns 50% of the membership interests in Member LLC. The remaining 50% of the membership interests in Member LLC are owned by Plaintiff Zelig Weiss.

---

[1] The Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

[2] The Debtor previously filed its *Corporate Ownership Statement and List of Equity Security Holders Pursuant to Fed. R. Bankr. P. 1007(A)(1), 1007(A)(3), and 7007.1* in the chapter 11 case, *In re All Year Holdings Limited*, Case No. 21-12051 (MG) at ECF No. 2.

Respectfully submitted,

Dated: August 18, 2022
New York, New York

/s/ *Robert S. Berezin*
WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer
Matthew P. Goren
Robert S. Berezin
Richard D. Gage
Angelo G. Labate
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Defendants*